Adrian Marion SMITH, Plaintiff–
Appellant,

v.

Eric H. HOLDER, Jr., Attorney General
of the United States of America; State
of Georgia Circuit Judge Annis; Bill
Byars, State of South Carolina SCDC
Director, Defendants–Appellees.

No. 12–6309.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 24, 2012.

Decided: May 31, 2012.

Adrian Marion Smith, Appellant Pro Se.

Before MOTZ and DAVIS, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Adrian Marion Smith appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Smith v. Holder*, No. 3:11–cv–00748–MBS, 2012 WL 256546 (D.S.C. filed Jan. 26, 2012; entered Jan. 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*